998

**Guy T. HELVERING, Commissioner, etc., Petitioner, v. Alfred E. FUHLAGE.**

**No. 10403.**

Circuit Court of Appeals, Eighth Circuit.

Aug. 13, 1935.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Stanley S. Waite, of St. Louis, Mo., for respondent.

PER CURIAM.

Petition to review docketed and dismissed, without costs to either party in this court, on motion of petitioner and certificate of clerk of United States Board of Tax Appeals.

**Isaac HILL v. The UNITED STATES of America.**

**No. 5638.**

Circuit Court of Appeals, Seventh Circuit.

Oct. 23, 1935.

"Isaac Hill, Appellant, by Euclid Louis Taylor, of Chicago, Ill., His Attorney.

"United States of America, Appellee, by Michael L. Igoe and Mary D. Bailey, Asst. U. S. Atty., both of Chicago, Ill., Its Attorneys.

"Approved: Samuel Alschuler, Circuit Judge."

PER CURIAM.

On consideration whereof, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed, pursuant to the foregoing stipulation.

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. INTERNATIONAL LIFE INSURANCE COMPANY.**

**No. 10387.**

Circuit Court of Appeals, Eighth Circuit.

July 6, 1935.

Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Earl Whittier Shinn, of Washington, D. C., for respondent.

PER CURIAM.

Petition to review docketed, and cause remanded to Board of Tax Appeals for entry of such orders as parties may stipulate, etc.

**Guy T. HELVERING, Commissioner, etc., Petitioner, v. Robert L. TILLMAN.**

**No. 10404.**

Circuit Court of Appeals, Eighth Circuit.

Aug. 13, 1935.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Stanley S. Waite, of St. Louis, Mo., for respondent.

PER CURIAM.

Petition to review docketed and dismissed, without costs to either party in this court, on motion of petitioner and certificate of clerk of United States Board of Tax Appeals.